EUGENE T. SINGER, Appellant, v. YOKOHAMA SPECIE BANK, LIMITED, Defendant, and ELLIOTT V. BELL, as Superintendent of Banks of the State of New

York, Defendant-Respondent.— Judgment, and the order so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See 268 App. Div. 772.]